IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>RICHARD A RYDZE, )<br>WILLIAM ZIPF, )<br>JAMES HATZIMBES, aka "HATZ" ) | Criminal No. 12-262<br>**UNDER SEAL** |

ARRAIGNMENT PLEA | ARRAIGNMENT PLEA

Defendant RICHARD A. RYDZE being arraigned, pleads _____ in open Court this _____ day of _____, 20\_\_\_\_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

Defendant WILLIAM ZIPF being arraigned, pleads _____ in open Court this _____ day of _____, 20\_\_\_\_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

ARRAIGNMENT PLEA

Defendant JAMES HATZIMBES, aka "HATZ" being arraigned, pleads _____ in open Court this _____ day of _____, 20\_\_\_\_.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)