CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__    Erie _____    Johnstown _____      *12-262*

Related to No. _____ Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. _____ Narcotics and Other Controlled Substances
1a. __X__ Narcotics and Other Controlled Substances (3 or more Defendants)
2. _____ Fraud and Property Offenses
2a. _____ Fraud and Property Offenses (3 or more Defendants)
3. _____ Crimes of Violence
4. _____ Sex Offenses
5. _____ Firearms and Explosives
6. _____ Immigration
7. _____ All Others

Defendant's name: RICHARD RYDZE

Is Indictment waived:     _____ yes    __X__ no

Pretrial Diversion:       _____ yes    __X__ no

Juvenile proceeding:      _____ yes    __X__ no

Defendant is:             __X__ Male    _____ Female

Superseding Indictment or Information:    _____ yes    __X__ no

   Previous case number: _____

If superseding, previous case was/will be:

   _____ Dismissed on defendant's motion
   _____ Dismissed on government's motion
   _____ After appellate action
   _____ Other (explain)

County in which first offense cited occurred: Allegheny

Previous proceedings before Magistrate Judge: Eddy, Swearingen

   Case No.: 12-47 (Mag. Judge Eddy); 12-48 (Mag. Judge Eddy; 11-168, 11-169, 11-170 (Mag. Judge Swearingen)

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: __10/19/12__

Defendant:                        __X__ is in custody ____ is not in custody

Name of Institution:              _____

Custody is on:                    __X__ this charge   ____ another charge

                                               ____ another conviction

                                  ____ State     ____ Federal

Detainer filed:                   ____ yes      ____ no

Date detainer filed:              _____

Total defendants:                 __3__

Total counts:                     __185__

Data below applies to
defendant No.:                    __1__

Defendant's name:                 RICHARD RYDZE

## SUMMARY OF COUNTS

| COUNT NO. | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | Conspiracy to Distribute Controlled Substances-Anabolic Steroids | 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(E) | X | |
| 2-3 | Distributing Controlled Substances - Anabolic Steroids, | 21 U.S.C. §841(a)(1) & (b)(1)(E) and 18 U.S.C. § 2 | X | |
| 4 | Conspiracy to Unlawfully Distribute Human Growth Hormone | 18 U.S.C. § 371 | X | |
| 5-8 | Unlawfully Distributing Human Growth Hormone | 21 U.S.C. § 333(e) and 18 U.S.C. § 2 | X | |
| 9 | Health Care Fraud | 18 U.S.C. § 1347 | X | |

| | | | | |
|---|---|---|---|---|
| 10 | Conspiracy to Distribute Controlled Substances | 21 U.S.C. § 846 | | X |
| 11-138 | Acquiring and Obtaining Possession of a Controlled Substance by Misrepresentation, Fraud, Forgery, Deception and Subterfuge | 21 U.S.C. § 843(a)(3) | | X |
| 139-169 | Health Care Fraud | 18 U.S.C. § 1347 | | X |
| 170-184 | Health Care Fraud | 18 U.S.C. § 1347 | | X |
| 185 | Obstruction of Justice | 18 U.S.C. § 1503 | | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: OCT 17 2012

Respectfully Submitted,
ERIC H. HOLDER, JR.
Attorney General of the United States

STEVEN M. DETTELBACH
United States Attorney
Northern District of Ohio

By: _____
Matthew B. Kall (3003738 (NY))
Carol M. Skutnik (0059704)
Special Assistant U.S. Attorneys
for the Western District of Pennsylvania
801 W. Superior Ave., Suite 400
Cleveland, Ohio 44113-1852
Telephone: (216) 622-3600
Facsimile: (216) 522-8355
Matthew.B.Kall@usdoj.gov
Carol.Skutnik@usdoj.gov