⋆AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

**RICHARD RYDZE**

## WARRANT FOR ARREST

Case Number:   2:12-cr-262

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __RICHARD RYDZE__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☒ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

Count 1: Conspiracy to distribute controlled substances - anabolic steroids in violation of 21: 846, 841(a)(1) & (b)(1)(E).
Counts 2-3: Distributing controlled substances - anabolic steroids in violation of 21: 841(a)(1) & (b)(1)(E) and 18 U.S.C. 2
Count 4: Conspiracy to unlawfully distribute human growth hormone in violation of 18: 371
Counts 5-8: Unlawfully distributing human growth hormone in violation of 21: 333(e) and 18: 2
Counts 9, 139-184: Health Care Fraud in violation of 18: 1347
Count 10: Conspiracy to distribute controlled substances in violation of 21: 846
Counts 11-138: Acquiring and obtaining possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge in violation of 21: 843(a)(3)
Count 185: Obstruction of Justice in violation of 18: 1503

| Edward Taylor | Docket Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Edward Taylor* (signature) | 10/18/2012        Pittsburgh |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __to be set by U.S. Magistrate Judge__   by _____
                                                                Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED 10/18/2012 | NAME AND TITLE OF ARRESTING OFFICER Jodene M. Renda Special Agent FBI | SIGNATURE OF ARRESTING OFFICER Jodene M. Renda |
|---|---|---|
| DATE OF ARREST 10/19/2012 | | |