IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 12-262 |
| | ) | |
| Plaintiff, | ) | Judge Maurice B. Cohill, Jr. |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD A. RYDZE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR FOR PERMISSION TO DISCLOSE INFORMATION REGARDING THE SEARCH WARRANTS

Now comes the United States of America, by and through its undersigned attorneys, and respectfully moves this Court for permission to disclose information regarding the search warrants authorized in the course of the investigation to the defendants in this case.

On March 16, 2011, Magistrate Judge E.S. Swearingen authorized three search warrants relating to this investigation. (11-168, 11-169, 11-170). On January 26, 2012, Magistrate Judge Cynthia R. Eddy issued two additional search warrants. (12-47, 12-48). The applications and affidavits relating to these search warrants remain under seal.

Unsealing the applications and affidavits would reveal personal medical information relating to individuals who are not a party to this case. Unsealing such records would also reveal information relating to ongoing areas of investigation. However, defense counsel necessarily is entitled to review this information to prepare possible motions pursuant to Rule 12(b)(3).

Accordingly, the government respectfully requests that this Court order grant this motion, allow the applications, affidavits, and search warrants in the above-listed cases to remain under

seal.  The government further requests that it be permitted to disclose documents associated with these search warrants to counsel for the defense.

                Respectfully Submitted,

                ERIC H. HOLDER, JR.
                Attorney General of the United States

                STEVEN M. DETTELBACH
                United States Attorney
                Northern District of Ohio

By:    /s/ Matthew B. Kall
        Matthew B. Kall (3003738-NY)
        Carol M. Skutnik (0059704-OH)
        Special Assistant U.S. Attorneys for the
        Western District of Pennsylvania
        U.S. Court House, Suite 400
        801 West Superior Avenue
        Cleveland, Ohio  44113-1852
        Tel. No.:  (216) 622-3600
        Fax No.:  (216) 522-8355
        Matthew.B.Kall@usdoj.gov
        Carol.Skutnik@usdoj.gov