IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 12-262 |
| | ) |
| RICHARD A. RYDZE (1), | ) |
| WILLIAM ZIPF (2), and | ) |
| JAMES HATZIMBES (3) | ) |

## ORDER

AND NOW, this 13th day of December, 2012, upon consideration of the Government's "Motion for Permission to Disclose Information Regarding the Search Warrants" (ECF No. 54) it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is hereby GRANTED.

IT IS HEREBY ORDERED that the Government is permitted to disclose documents associated with the search warrants authorized in the course of the investigation of the above-captioned case to counsel for the defense consistent with the Protective Order entered this same date.

IT IS FURTHER ORDERED that the under-seal search warrants authorized in the course of the investigation of this above-captioned case along with the applications and affidavits relating to the search warrants shall remain under seal.

_/s/ Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge